No. 6613.—VÁZQUEZ PRADA, aplte., *v.* MARTINÓ, apldo.—C. D. Bayamón. Junio 25, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Vista la moción de la parte apelada y la certificación del secretario en propiedad de la Corte de Distrito de Bayamón:

(¹) Apelación contra decisión de una Asamblea Municipal en caso de *impeachment*.
(²) *Certiorari*.

Vistos la oposición de la parte apelante y los juramentos del apelante y de Andrés Aybar Muñoz, y vista también la certificación en sentido contrario suscrita por el subsecretario de la ameritada Corte de Distrito, tendente a probar que en 13 de febrero no existía en autos constancia alguna del achivo de la notificación de la sentencia:

Se declara por ahora sin lugar la desestimación solicitada, sin perjuicio de que la parte apelada, si así conviene a sus derechos, reproduzca su moción con prueba en apoyo de la misma.